IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2100-AP**

**TIMOTHY ESPINOZA**,

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (doc. #23), filed July 31, 2007, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel as assignee, attorney fees in the amount of **$3,580.50**.

Dated at Denver, Colorado, this 1st day of August, 2007.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT